IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GUY M. DOMAI,<br><br>               Plaintiff,<br><br>  v.<br><br>TOM PARKER,<br><br>               Defendant. | **AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-462-JNP-PMW<br><br>District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Paul M. Warner |

On June 26, 2017, Magistrate Judge Warner issued a Report and Recommendation that Guy M. Domai be designated a restricted filer in the District of Utah. Mr. Domai did not file an objection. The court agrees with the findings and reasoning of Judge Warner's Report and Recommendation. Accordingly, the court ORDERS as follows:

1. The Report and Recommendation [Docket 2] is ADOPTED IN FULL.

2. Guy M. Domai shall be designated as a restricted filer in the District of Utah.

3. Because Judge Warner has reviewed Mr. Domai's complaint under the procedures outlined in the Report and Recommendation and determined that it is meritless, duplicative, and frivolous, permission to file the complaint submitted to the court is hereby DENIED.

SO ORDERED October 2, 2017.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge